THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELINE POWELL | : | |
| Plaintiff, | : | |
| v. | : | 3:22-CV-01045 |
| | : | (JUDGE MARIANI) |
| BOSCOV'S DEPARTMENT STORE, LLC, | : | |
| Defendant. | : | |

ORDER

AND NOW, THIS 16th DAY OF FEBRUARY 2024, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. 18) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment (Doc. 18) with respect to Plaintiff's confidential medical information claim contained within Count I of her Complaint (Compl., Doc. 1 ¶ 62) is **GRANTED**;

2. The remainder of Defendant's Motion for Summary Judgment (Doc. 18) is **DENIED**;

3. Trial in the above-captioned matter will be scheduled by separate Order.

Robert D. Mariani
United States District Judge